## DEBORAH NAPOLITANO *v.* MARK J. NAPOLITANO
### (AC 30415)

Bishop, Gruendel and Harper, Js.

Argued May 20—officially released June 15, 2010

Per Curiam. The judgment is affirmed.

## DEBORAH NAPOLITANO *v.* MARK J. NAPOLITANO
### (AC 30416)

Bishop, Gruendel and Harper, Js.

Argued May 20—officially released June 15, 2010

Per Curiam. The judgment is affirmed.

## DEBORAH NAPOLITANO *v.* MARK J. NAPOLITANO
### (AC 30761)

Bishop, Gruendel and Harper, Js.

Argued May 20—officially released June 15, 2010

Per Curiam. The judgment is affirmed.